

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| JAIME PORRAS, JR., | § | No. 08-13-00149-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| State. | § | (TC# 3208) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **July 1, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. H. W. Leverett, Jr., the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 1, 2014.

IT IS SO ORDERED this 4th day of June, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.